**ZUKERMAN GORE BRANDEIS & CROSSMAN, LLP**

Eleven Times Square  
New York, New York 10036

212.223.6700  
212.223.6433 *fax*

www.zukermangore.com

September 1, 2022

**<u>Via EDNY ECF</u>**

Honorable Rachel P. Kovner  
United States District Judge  
United States District Court, E.D.N.Y.  
225 Cadman Plaza East  
Brooklyn, New York 11201

  **Re:** *Kevin McCabe v. CVS Health Corp.,* **Case No. 1:22-CV-3116**

Dear Judge Kovner:

We are counsel to defendant CVS Health Corporation ("CVS Health") in this putative class action. In accordance with Your Honor's Individual Practice Rules, we are writing to advise that we have served CVS Health's moving papers in support of CVS Health's motion to dismiss this action on plaintiff. CVS Health's moving papers comprise:

- Notice of Motion to Dismiss
- Memorandum of Law in Support of Defendant's Motion to Dismiss
- Declaration of Edward L. Powers in Support of Defendant's Motion to Dismiss (the "Powers Decl.")
- Exhibits A and B to the Powers Declaration

Pursuant to Your Honor's Individual Practice Rules, CVS Health will file these moving papers, together with all other papers relevant to this motion, after the motion is fully briefed.

Respectfully,

 */s/ Edward L. Powers*

Edward L. Powers

cc: Todd C. Bank, Esq.  
 (Counsel to Plaintiff, via ECF)