TODD C. BANK, ATTORNEY AT LAW, P.C.
119-40 Union Turnpike, Fourth Floor
Kew Gardens, New York  11415
Telephone: (718) 520-7125
Facsimile: (856) 997-9193

www.toddbanklaw.com                                                         tbank@toddbanklaw.com

October 3, 2022

United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York  11201
Attn.: Judge Rachel P. Kovner

      Re: Kevin McCabe v. CVS Health Corporation, *et al.*
         Case No. 1:22-cv-03116-RPK-RML

Dear Judge Kovner:

  On behalf of the plaintiff, Kevin McCabe, today I served Mr. McCabe's opposition to Defendants' motion for dismissal. The opposition included my declaration with one exhibit, and a memorandum of law.

Sincerely,

 s/ *Todd C. Bank*

Todd C. Bank

TCB/bd