TODD C. BANK, ATTORNEY AT LAW, P.C.
119-40 Union Turnpike, Fourth Floor
Kew Gardens, New York  11415
Telephone: (718) 520-7125
Facsimile: (856) 997-9193

www.toddbanklaw.com                                                                                      tbank@toddbanklaw.com

October 6, 2022

United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York  11201
Attn.: Judge Rachel P. Kovner

      Re:    Kevin McCabe v. CVS Health Corporation
              Case No. 1:22-cv-03116-RPK-RML

Dear Judge Kovner:

      On behalf of the plaintiff, Kevin McCabe, I hereby respond to the text order dated October 4, 2022, which states, in full:

> Reference is made to defendant's [14] letter. On September 1, 2022, defendant filed a filed a [12] letter pursuant to the Court's bundling rule reflecting service of defendant's motion to dismiss. On September 15, 2022, plaintiff filed an [13] amended complaint apparently without defendants consent and without requesting leave of the Court. *See* Fed. R. Civ. P. 15(a). Plaintiff shall file a status letter stating whether defendant had consented to the filing of the [13] amended complaint, on or before 10/7/22. If plaintiff did not have authority or consent to file the [13] amended complaint, plaintiff shall file a motion requesting leave of the Court to file its [13] amended complaint *nunc pro tunc*, on or before 10/7/22.

      Mr. McCabe filed the Amended Complaint pursuant to Rule 15(a)(1) (and, specifically, subdivision (B) thereof), which states:

> A party may amend its pleading once *as a matter of course* within:
>
> (A) 21 days after serving it, *or*
>
> (B) if the pleading is one to which a responsive pleading is required, 21 days after service of a responsive pleading *or 21 days after service of a motion under Rule 12(b)*, (e), or (f), whichever is earlier.

Fed. R. Civ. P. 15(a) (emphases added). Because no responsive pleading had been served, the 21-day

period was triggered by the filing of the dismissal motion on September 1, 2022.

Sincerely,

  s/ *Todd C. Bank*

Todd C. Bank

TCB/bd