# ZUKERMAN GORE BRANDEIS & CROSSMAN, LLP

Eleven Times Square          212.223.6700
New York, New York 10036     212.223.6433 *fax*

www.zukermangore.com

October 14, 2022

**<u>Via EDNY ECF</u>**

Honorable Rachel P. Kovner
United States District Judge
United States District Court, E.D.N.Y.
225 Cadman Plaza East
Brooklyn, New York 11201

Re:    *McCabe v. CVS Health Corp. and CVS Pharmacy, Inc.,* Case No. 1:22-CV-3116

Dear Judge Kovner:

We are counsel to Defendants CVS Health Corporation and CVS Pharmacy, Inc. ("CVS") in this putative class action. In accordance with Your Honor's Individual Practice Rules, we are writing to advise that we have served upon Plaintiff's counsel CVS's moving papers in support of CVS's motion to dismiss the Amended Complaint. CVS's moving papers comprise:

- Notice of Motion to Dismiss the Amended Complaint
- Memorandum of Law in Support of Defendants' Motion to Dismiss

Pursuant to Your Honor's Individual Practice Rules, CVS will file these moving papers, together with all other papers relevant to this motion, after the motion is fully briefed.

Respectfully,

 */s/ Edward L. Powers*

Edward L. Powers

cc: Todd C. Bank, Esq.
     (Counsel to Plaintiff, via ECF)