TODD C. BANK, ATTORNEY AT LAW, P.C.
119-40 Union Turnpike, Fourth Floor
Kew Gardens, New York 11415
Telephone: (718) 520-7125
Facsimile: (856) 997-9193

www.toddbanklaw.com                                                         tbank@toddbanklaw.com

November 7, 2022

United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201
Attn.: Judge Rachel P. Kovner

        Re:    Kevin McCabe v. CVS Health Corporation
                Case No. 1:22-cv-03116-RPK-RML

Dear Judge Kovner:

      On behalf of the plaintiff, Kevin McCabe, I served the following in opposition to Defendants' motion to dismiss the Amended Complaint:

      1. Declaration of Todd C. Bank with Exhibit "A"; and
      2. Memorandum of Law.

      On October 24, 2022, counsel to Defendants stated, in response to an email that I sent, as follows: "CVS Pharmacy, Inc. has authorized us to accept service and waives any objection to formal service of the summons and amended complaint."

Sincerely,

  s/ *Todd C. Bank*

Todd C. Bank

TCB/bd