UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| KEVIN McCABE<br><br>                        *Plaintiff*,<br><br>-against-<br><br>CVS HEALTH CORPORATION and CVS PHARMACY, INC.,<br><br>                        *Defendant*. | No. 1:22-cv-3116 (RPK)<br><br>**NOTICE OF MOTION TO DISMISS AMENDED COMPLAINT** |

**PLEASE TAKE NOTICE** that upon the accompanying memorandum of law, Defendants CVS Health Corp. and CVS Pharmacy, Inc. shall move this Court, located at 225 Cadman Plaza East, Brooklyn, New York 1120, on a date and time to be determined by the Court, for an order pursuant to Rules 12(b)(6) and 9(b)of the Federal Rules of Civil Procedure, dismissing the Amended Complaint against Defendants in this action.

In accordance with the Court's October 7, 2022 Order, any opposing papers shall be served on or before November 4, 2022, and any reply papers shall be served on or before November 11, 2022.

Dated:  October 14, 2022
          New York, New York

                                        Respectfully submitted,

                                        ZUKERMAN GORE BRANDEIS
                                              & CROSSMAN, LLP

                                        By:   */s/ Edward L. Powers*
                                               Edward L. Powers
                                               Florence M. Craig
                                               Vyasa M. Murthy
                                        Eleven Times Square
                                        New York, New York 10036
                                        Tel.: (212) 223-6700
                                        epowers@zukermangore.com

fcraig@zukermangore.com
vmurthy@zukermangore.com

*Attorneys for Defendants CVS Health Corp.
and CVS Pharmacy, Inc.*

TO: Todd C. Bank
     Attorney at Law, P.C.
     119-40 Union Turnpike
     Fourth Floor
     Kew Gardens, New York 11415
     Tel.: (718) 520-7125
     tbank@toddbanklaw.com

*Attorneys for Plaintiff Kevin McCabe*