UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| KEVIN McCABE,<br><br>                                        *Plaintiff*,<br><br>-against-<br><br>CVS HEALTH CORPORATION<br>and CVS PHARMACY, INC.,<br><br>                                        *Defendants*. | 1:22-cv-03116-RPK-RML |

## **DECLARATION OF TODD C. BANK**

1.       I am counsel to the plaintiff in the above-captioned matter.

2.       A highlighted copy of the "Corporate Sponsorship Agreement" that is addressed in the accompanying memorandum of law is annexed hereto as Exhibit "A" hereto.

Pursuant to 28 U.S.C. Section 1746, I declare under penalty of perjury that the foregoing is true and correct.

                                                                         *s/ Todd C Bank*
                                                                      Todd C. Bank
                                                                      Executed on October 3, 2022