# EXHIBIT "A"

**Highlighted Copy of Corporate Sponsorship Agreement**

DocuSign Envelope ID: 3761C267-C374-4544-B10F-5F94EC8A5E7D



# Corporate Sponsorship Agreement

This Agreement is made effective April 13, 2021 between the American Diabetes Association, an Ohio non-profit corporation with its principal office located at 2451 Crystal Drive, Suite 900, Arlington, VA 22202 ("ADA") and CVS Pharmacy, Inc., a Rhode Island corporation, located at One CVS Drive, Woonsocket, Rhode Island 02895 ("Company"). ADA and Company are sometimes individually referred to herein as the "Party" and collectively as the "Parties."

1. **Purpose**: The purpose of this Agreement is to benefit the ADA and advance its non-profit mission to prevent and cure diabetes and to improve the lives of all people affected by diabetes through a Project Power Strategic Partnership (the "Sponsorship"). Company understands that as a non-profit charitable organization the ADA cannot promote or endorse Company's products or services, either explicitly or implicitly. The ADA may require that a disclaimer stating that Company's participation in this Sponsorship does not convey or imply the ADA's approval, endorsement, certification, acceptance, or referral of any product or service of Company. The Sponsorship includes the Program and Event activities and other terms set forth in Attachment A.

2. **Scope:** The ADA agrees to identify and acknowledge Company as a supporter of the organization and the diabetes cause, as permitted in connection with qualified sponsorship payments and royalties under Section 513(i) and Section 512 of the Internal Revenue Code and Treasury regulations thereunder ("Code"). Company agrees not to knowingly take any actions that would jeopardize the tax-exempt status of ADA under section 501(c)(3) of the Code. Company agrees to inform its business partners about ADA's tax-exempt status. Company agrees to provide its services, as defined in Attachment A, in accordance with all applicable laws and in accordance with standards of decorum and taste so as not to adversely reflect upon the ADA or its mission. ADA may publicize its relationship with Company and use any photos, videos, written materials and other collateral matter developed under this Agreement as further described in Attachment A, for its business purposes including any marketing.

3. **Territory:** The geographic territory for this Agreement is the United States.

4. **Intellectual Property:** The ADA is the sole and exclusive owner of its name and logos, with or without accompanying words, and has the legal right to enter into this Agreement. In addition, any materials provided by or developed by the ADA remain the property of the ADA. The ADA's names, logos, and various marks are "the ADA Marks", as listed in Attachment B. The ADA's ownership of the ADA Marks is or shall be secured through registration, or under common law, or both. Company's use of the ADA Marks does not create ownership rights in the ADA Marks for Company. Company shall not, during the period of this Agreement, or any time thereafter, challenge ADA's exclusive ownership or registration of ADA's Marks, including any and all moral rights. Company is the sole and exclusive owner of its name, logos, and marks (the "Company Marks"), which include, without limitation, the names, logos, and marks listed in Attachment B as Company Marks.

5. **License:** The ADA grants Company a non-exclusive, limited, revocable and conditional license during the term to use the ADA Marks, solely to identify Company as a supporter of the ADA. Use

by Company of the ADA Marks is limited to the ADA Marks as specifically authorized by the ADA, such ADA Marks may not be revised or altered in any way without prior written consent, and must be displayed in the same form and colors, and such license does not extend to any other marks of the ADA. Use by Company of the ADA Marks on and in conjunction with its product or brand is conditioned upon Company's compliance with the terms of this Agreement generally and the observance of the specifications for permissible uses of the ADA Marks as stated herein and as may be given to Company, from time to time in writing by the ADA. Nothing shall prohibit the ADA, during the period of this Agreement, from licensing the use of substantially similar marks for substantially similar uses in working with other companies or industries. Company may not permit any third party to use the ADA Marks without the express prior written approval of the ADA, which may be withheld for any reason. The ADA Marks must be used in a professional manner and solely in connection with the activities authorized under this Agreement. The Company grants the ADA a non-exclusive, limited, revocable and conditional license during the term to use the Company Marks, solely to identify Company as a supporter of the ADA. The Company Marks must be used solely in connection with the activities authorized under this Agreement.

6. **Use of ADA Marks:** The ADA Marks shall not be placed adjacent to the mark of another organization concerned with diabetes, or those of a company that manufactures products or provides services related to diabetes, without the ADA's specific prior written consent, which may be withheld for any reason. The ADA Marks may not be used for individual, personal or professional gain, or other private benefit, and Company shall not use the ADA Marks in any manner that, in the ADA's sole discretion and judgment, diminishes their value or otherwise dilutes the ADA Marks; discredits the ADA or tarnishes its reputation and goodwill; is false, misleading or likely to cause confusion, mistake or deception; violates the rights of others; violates any federal, state or local law, regulation or other public policy; or mischaracterizes the relationship between the Parties, including but not limited to the fact that Company is a separate and distinct legal entity from, and is not an agent of, the ADA. The use of Company Marks by ADA shall be in furtherance of the sponsorship elements set forth in Attachment A.

7. **Quality:** All products, materials, services or other items of Company with which the ADA Marks are used shall be maintained throughout the period of this Agreement at or above their quality at the beginning of the term.

8. **Review:** All uses of the ADA Marks, including the specific placement of the ADA Marks on Company's product and all promotional materials, are subject to the ADA's prior written approval, which approval shall not be in its sole discretion. Any reference to the ADA in electronic or other publication or broadcast is subject to the ADA's prior written approval in each instance, which approval shall not be unreasonably withheld. Approval or disapproval of the use of either Party's Marks shall be provided by the respective Party within ten (10) business days of request. Failure to have materials and/or products featuring the ADA Marks reviewed in advance of making then available in the marketplace may be considered breach of the Agreement and cause for immediate cancellation.

9. **Infringement:** Each Party shall take measures it deems necessary to assure that none of the material which is prepared, or which shall be prepared, pursuant to this Agreement, violates or infringes upon any trademark or copyright, or any other right of any person, company or other entity. Both Parties shall protect against infringement of the ADA Marks. Each Party shall provide reasonable assistance

DocuSign Envelope ID: 3761C267-C374-4544-B10F-5F94EC8A5E7D

to the other party in protecting the ADA Marks upon request. Each Party shall notify the other party immediately if it learns of any infringement of the ADA Marks or Company Marks. The Party owning the infringed mark shall have sole discretion to determine whether to pursue such infringement.

10. **Indemnification:** Each Party agrees to defend, indemnify and hold harmless the other Party, its officers, directors, employees, volunteers, subcontractors and agents, from any and all claims, losses, damages, liabilities, judgments, or settlements, including reasonable attorneys' fees, costs and other expenses incurred on account of the their respective negligent acts or omissions, and those of their directors, employees, agents, contractors and sub- contractors, in connection with this Agreement.

11. **Notification:** Except as may be limited by applicable law, each of the Parties hereto shall promptly notify the other of, and reasonably cooperate in responding to or defending any inquiry, investigation, claim, suit or other cause of action instituted, asserted or threatened against either Party hereto or any of their respective Affiliates, shareholders, directors, officers, agents, independent contractors or employees and arising out of or relating to either Party's obligations under this Agreement or any other matter contemplated hereby.

12. **Insurance:** During the term of this Agreement, and before any sponsorship or promotional activities are conducted under this Agreement, Company shall obtain and maintain at its expense, Commercial General Liability Insurance coverage with an insurance carrier with a Best's rating of A-. The insurance shall be in an amount of: $2,000,000 per occurrence and $2,000,000 aggregate with a $2,000,000 aggregate for products and completed operations with an excess of $5,000,000 in an excess liability policy. The ADA must be included as an additional insured, and shall be provided at least 30 days' notice for cancellation of policy and 10-day notice for non-payment of premium. Such insurance shall be primary and non-contributory.

13. **Term:** This Agreement is valid from April 13, 2021 through April 12, 2024.

14. **Termination:** Either Party may terminate this Agreement if the other Party breaches any term of this Agreement and does not remedy such breach within ten (10) business days following the other Party's written request. A breach of this Agreement by Company shall include, but is not limited to: (1) misuse of the ADA Marks or content; or (2) bankruptcy of Company or its assignment for the benefit of creditors. Should Company terminate this Agreement in the absence of breach, Company's commitment to pay survives cancellation of this Agreement. Should ADA terminate this Agreement in the absence of breach, Company's commitment to pay is extinguished. All rights to use the ADA Marks or Company Marks end when the Agreement is canceled, terminates or expires.

15. **Effect of Termination or Expiration:** Upon termination or expiration, the Company may make no further use of the ADA Marks, or other proprietary property or materials provided, developed or intended for use in connection with the Sponsorship, without prior written authorization by ADA, other than as set out in this section. All other originals and copies of the ADA Marks (whether in printed, electronic, recorded, and/or other tangible form) shall be discarded or destroyed within five (5) business days and any digital use of the ADA Marks by the Company shall be deleted or removed from any public fora, to the extent such digital uses are under the dominion or control of the Company. The obligations under sections 6, 7, 8, 9, and 19 and this section 15 shall survive the

DocuSign Envelope ID: 3761C267-C374-4544-B10F-5F94EC8A5E7D

termination or expiration of this Agreement.

16. **Force Majeure:** Neither Party shall be in breach of this Agreement if Program or Event activities are cancelled as a result of forces beyond the Party's reasonable control, such as unusually severe weather, fire, explosion, civil disturbance, terrorism or act of God. Whenever possible, any schedule for performance stated above shall be extended as necessary to overcome the effects of such force majeure, or the Company promotion shall be transferred to another ADA program or event.

17. **Liability:** Company and ADA agree that each is responsible for its own business activities and for its action or inaction relating to the specific Program or Event activities under this Agreement. Company shall be responsible for securing any necessary release forms from participants in any Company activity not held at the ADA's Program or Event activity.

18. **Non-Assignment:** This Agreement shall be between the Parties only, and does not grant rights to any other party. This Agreement may not be assigned by either Party without the prior written consent of the other Party. Any amendment of this Agreement must be in writing signed by authorized representatives of each of the Parties.

19. **Confidentiality**: The provisions of this Agreement shall be maintained by the Parties as confidential during the Term and thereafter. In addition, any and all aspects of both Parties' business, including without limitation all non-public information or trade secrets directly or indirectly related thereto, that the other Party becomes exposed to during the Term, and extensions or renewals, of this Agreement shall be maintained as confidential, and shall not be further disclosed by the receiving Party, or used by the receiving Party for any purpose other than performing hereunder during the Term or thereafter. The disclosing Party shall at all times retain full ownership in and to all information respecting its business, and shall be the sole and exclusive owner of all materials it creates pursuant to this Agreement, except as may be otherwise provided herein. The obligation to maintain confidentiality under this Section shall survive the termination of this Agreement for a period of three (3) years.

20. **Independence**: Nothing in this Agreement shall create a partnership, joint venture or establish the relationship of principal and agent or any other relationship of a similar nature between the Parties. The Parties to this Agreement shall be considered independent contractors and neither Party is granted the right or authority to assume or create any obligation on behalf of or in the name of the other.

21. **Survival:** Any and all warranties, provisions, rights and obligations of the Parties herein described and agreed to be performed subsequent to the termination of this Agreement, including but not limited to obligations respecting confidentiality and indemnification, shall survive the termination of this Agreement.

22. **Successors and Assigns**: This Agreement shall be binding on the parties, and on their successors and assigns, without regard to whether it is expressly acknowledged in any instrument of succession or assignment. However, Company may only assign its responsibilities under this Agreement with ADA's prior written approval as provided in Section 18.

23. **Entire Agreement:** This Agreement, including any attachments, if applicable, and any other

DocuSign Envelope ID: 3761C267-C374-4544-B10F-5F94EC8A5E7D

documents and agreements contemplated herein, constitute the entire agreement between the Parties with regard to the subject matter.  This Agreement supersedes all previous agreements between or among the Parties respecting such, and there are no other agreements or understandings between or among the Parties other than as set forth herein.

24. **Amendment**:  No amendment, alteration, modification of or addition to this Agreement, and no waiver of rights or remedies hereunder, shall be valid or binding unless expressed in writing and signed by the Party to be bound thereby.

25. **Compliance with  Anti-Discrimination Laws and Policies:**  Company verifies that it complies with all laws prohibiting discrimination against people with diabetes including, but not limited to, the Americans with Disabilities Act, the Rehabilitation Act of 1973, and state and municipal anti-discrimination laws.  Company states that it shall not discriminate against a qualified individual with diabetes, because of the person's diabetes, in regard to job application procedures, the hiring, advancement, or discharge of employees, employee compensation, job training, or other terms, conditions, and privileges of employment.  Company further verifies that each person with diabetes, whether or not the person uses insulin, is eligible for any employment with Company for which he/she is otherwise qualified, and that Company does not have any rule or policy that automatically excludes a person with diabetes from employment in any position with Company.

26. **Notice:** All written notices required to be given pursuant to the terms set forth in this Agreement shall be deemed given on the day notice is either delivered personally, or by fax or overnight or certified delivery or deposited in the mail addressed as specified below:

Company:  CVS Pharmacy, Inc.
Address: One CVS Drive, Woonsocket, Rhode Island 02895
Contact/Title: Joanne Dwyer, VP Corporate Social Responsibility and Corporate Giving
With a cc to: Thomas Moffatt, VP and Assistant General Counsel

American Diabetes Association
P.O. Box 7023, Merrifield, VA 22116-7023
Contact/Title: Tracey D. Brown, CEO
With a cc to: Sean C.E. McDonough, VP and General Counsel, Legal Affairs

27. **Governing Law.**  This Agreement is subject to and shall be construed in accordance with the laws of the Commonwealth of Virginia and jurisdiction and venue shall be solely in the federal and state courts situated in the City of Alexandria or Arlington County.  If any terms of this Agreement are invalid or unenforceable under any statute, regulation, ordinance, executive order or other rule or law, such term shall be deemed reformed or deleted only to the extent necessary to comply with such statute, regulation, ordinance order or rule, and the remaining provisions of this Agreement shall remain in full force and effect.



The parties hereto have executed the agreement effective as of the date first written above.

**AMERICAN DIABETES ASSOCIATION**     **CVS PHARMACY, INC.**

| By: | By: |
|---|---|
| *Tracey D. Brown*<br>620E6486061442C... | *Eileen H. Boone* |
| **Name:**<br>**Tracey D. Brown** | **Name:**<br>**Eileen Howard Boone** |
| **Title:**<br>**Chief Executive Officer** | **Title:**<br>**SVP, Corporate Social Responsibility &**<br>**Philanthropy** |
| **Date:**<br>4/16/2021 | **Date:**<br>**4/16/21** |
| By: *Charlotte M. Carter*<br>C1148642B39446E... | |
| **Name:**<br>**Charlotte M. Carter** | |
| **Title:**<br>**Chief Financial Officer** | |
| **Date:**<br>4/16/2021 | |



# Attachment A

## ACKNOWLEDGEMENT OF SUPPORT

The following outlines the type of acknowledgment that has been agreed upon by the Company and the ADA and describes the appropriate recognition of support, in accordance with the Internal Revenue Code.   (All advertising, promotional and educational materials, with or without the ADA marks, are subject to the ADA's advance review and approval.)

The Company Brand(s) covered by this Agreement: CVS Health, CVS Pharmacy, Aetna

**Designation:  Project Power Strategic Partner**

Company shall be recognized as a Project Power Strategic Partner of the ADA.  Such title acknowledges Company's commitment to supporting the mission of the ADA. The term must be used intact; Company may not modify the term or call itself a "Partner" of the Association or refer to the sponsorship as a "Partnership." As a Project Power Strategic Partner, Company shall participate in and receive recognition for the following activities for the Term, as agreed upon by Company and the ADA. The ADA shall review with Company on an annual basis the recognition of Company's participation in the activities outlined below.

## RELATIONSHIP ELEMENTS

### A.  Use of Intellectual Property

As a Project Power Strategic Partner, Company shall receive the opportunity to use the ADA Marks on Company's approved educational and/or promotional materials, which meet the ADA's guidelines; consistent with the approved ADA Clinical Practice Recommendations including the *Standards of Medical Care for Diabetes* for the Term of this Agreement (as illustrated on "Attachment B", attached hereto and incorporated by reference herein).

All materials are subject to advance review and written approval by the ADA. Company agrees that all educational and/or promotional messages, in which the ADA Marks appear, must be supported in science and the ADA is the final arbiter in determining whether or not its marks are suitable to appear on materials. In addition to the use of the ADA Marks, Company shall be entitled to use the following statement of relationship language:

   a)  *"A Proud Supporter of American Diabetes Association® www.diabetes.org; 1-800 DIABETES"*
   b)  *"A Project Power Strategic Partner of American Diabetes Association®"*

### B.  Statement of Work

As the Project Power Strategic Partner, Company and the American Diabetes Association ("ADA"), will use our collective strength by joining together to support people to prevent and manage diabetes in our communities and fund research on the devastating health disparities that fuel the diabetes epidemic. Our winning combination of the ADA's expertise, content, credibility, national and local networks combined with Company's retail stores as trusted hubs and a talented employee base will drive our mutual commitment to ensuring all people live longer, healthier lives.

DocuSign Envelope ID: 3761C267-C374-4544-B10F-5F94EC8A5E7D

**Goals:**

Through the relationship with Company and the ADA, we will:

1. Deliver outcomes-based, gamified experiences that help adults take control of their diabetes and future adults prevent diabetes from becoming a part of their life
2. Drive people living with diabetes and prediabetes to know their numbers by taking the Diabetes Risk Test and getting health screenings
3. Fund research on health disparities that drive the diabetes epidemic

**Impact Statement**: Company is proud to be the Project Power Strategic Partner to help empower vulnerable communities to better manage and prevent prediabetes. Company has pledged $10 million dollars over three years to support people in their health journey of preventing and managing diabetes through increased awareness, knowledge, and taking actions to improve health and fund research to drive discovery and address the unmet needs leading to the future elimination of these disparities and the devasting impact on our communities. Together we will increase reach, engagement, and education for 5 million patients and caregivers to improve health outcomes.

ADA channels will measure the following to achieve this number:

- Reach (marketing/digital outreach): 3 million over three years
- Engagement (someone taking action and completing risk test): 1.5 million over three years
- Education/Impact: 20,000 over three years

Company channels will measure to achieve this number:

- Engagement (glucose screenings via Company's Project Health initiative ("Project Health")) 25 Markets plus 4 Mobile RV units estimate 600-700 per year or over 3 years the screening of over 2,000 patients.
- Reach (engagement with ADA resources and link) 1.2 million over the next 3 years.

We will do this through the following channels:

- Project Power
- American Diabetes Association Risk Test
- Worksite Reach
- American Diabetes Month
- Project Health Events
- In-Store Awareness and Activation
- Integrated Marketing and Communications

**Proposed Outcomes:**

- Serve people through awareness and activations
- Fund research on diabetes and health disparities
- Improve food choices
- Increase physical activity
- Develop behavioral problem-solving and coping skills
- Increase the # of people engaged with ADA and Company specifically in diverse, underserved populations/populations at greatest risk for diabetes
- Increase the # of people who are aware of ADA and Company resources

- Increase the # of Company employees who are engaged with the relationship, know their risk, and take action to prevent and/ or better manage their diabetes
- Reduce the number of people who don't know they are at risk or have diabetes
  - Increase the # of people who take the ADA Risk Test
  - Increase the # of high-Risk Test scorers who follow-up with a health care provider
- Increase the # of people engaged in the initiative who get a health screening
- Increase the # of people with prediabetes or diabetes who take at least one health action to prevent diabetes or better manage their diabetes

**Strategies**
Detailed descriptions of the tactics associated with each strategy are found in the following section.

<u>**Strategy 1**</u> **–** Deliver outcomes-based, gamified experiences that help adults take control of their diabetes and future adults prevent diabetes from becoming a part of their life.

**PROJECT POWER** is an outcomes-based, gamified experience that helps adults take control of their diabetes and future adults prevent diabetes from becoming a part of their life. The programs are designed to serve children and adults through tailored experiences that reach each audience. By connecting with communities across the country, ADA Project Power is bringing health education and community partners together.

**PROJECT POWER ADULTS (Year 2-3)**is designed for people 18+ diagnosed with prediabetes and type 2 diabetes. The eight-week program offers participants an opportunity to learn disease management and reduce risk factors through innovative approaches and evidence-based interventions to improve diabetes knowledge, self-care behaviors and glycemic control.

Participants are engaged through weekly dynamic lessons and discussions, meal planning, physical activity, motivational talks, cooking demons, and receive program incentives. The program is delivered at no cost. Participants are connected to mentors and health coaches to aid them in achieving their goals during the program. Weekly sessions include information sharing, discussion, information about diabetes care, and self-monitoring tools taught by trained facilitators.

Purpose: To improve diabetes self-care related knowledge and behaviors among adults with pre-diabetes and type 2 diabetes.

Objectives
- Improve food choices
- Increase to physical activity
- Develop behavioral problem-solving and coping skill

Evaluation Indicators **-** *Specific information on whether a program is achieving its goals.*
- Participant data (gender, race, ethnicity, age, educational attainment, income)
- Enrollment rate
- Engagement and completion rates
- Satisfaction
- Glucose screenings provided by Company

DocuSign Envelope ID: 3761C267-C374-4544-B10F-5F94EC8A5E7D

- Risk Test

Outcomes
- Change in diabetes knowledge
- Change in behavior: lifestyle, self-management practices, and diabetes skills
- Change in confidence
- Improved self-efficacy
- Participant satisfaction with program sessions or meetings

Projected Participants: 4,100 – two years of program
- Year 2: Expand the pilot program from 2 sites to 20 sites
- Year 3: Expand from 20 sites to 62 sites

Staff: Trained community facilitators to conduct sessions
Incentives: T-shirt, program booklet, water bottle, portion plate, self-monitoring tools, activity tracker, incentive prizes and gamification badges.

Timeline
- Six-week recruitment period
- An initial two-month phase offering 8 sessions
  - o Diabetes and Prediabetes
  - o What Can I Eat?
  - o Blood Glucose Monitoring
  - o Know Your Heart: Stroke and Heart Disease
  - o Depression, Stress and Emotional Health
  - o Diabetes Complications – Part 1
  - o Diabetes Complications – Part 2

Program Resources
- Facilitated by trained facilitators
- ADA Total Diabetes Wellness Toolkit curriculum
- Activity trackers and supporting tools
- Social networking site
- Direct interactions with health care providers and participants
- Focus on behavior modification, managing stress and peer support

Key Stakeholders
- Company Employees
- Project Health
- Primary Care Physicians
- Faith-based Organizations (FBOs)
- Healthcare Providers (nurses and dietitians)
- Community Health Workers (CHW)
- Service Clubs

DocuSign Envelope ID: 3761C267-C374-4544-B10F-5F94EC8A5E7D

- Fraternities and Sororities
- Civic leagues
- Senior Centers

Award Ceremony and Continuation

Program culmination occurs at empowerment activity, an occasion to celebrate the transformation and health journey of each participant. The celebration bolsters renowned speakers, health exhibitors, vendors, poignant testimonials, and recognition.

**PROJECT POWER KIDS (Year 1-3)** is the ADA initiative to slow the trajectory of childhood obesity and diabetes through health promotion, nutrition education, increased physical activity and family involvement. Project Power Kids was created for elementary and middle school-aged youth to help prevent obesity and type 2 diabetes and the many complications of this disease.

The program is delivered at no cost to families as a virtual afterschool program over a three-week period with sessions twice a week. This program empowers youth to make healthy lifestyle choices to develop lifelong habits and encourages youth to develop sustainable healthy household habits.
Objectives
- **Educate** youth at risk for developing type 2 diabetes and their families
- **Engage** youth and their families in interactive physical activities and nutrition education sessions
- **Connect** youth with one another, reduce feelings of isolation, increase social skills, improve confidence and independence in healthy eating and active lifestyles.

Our program will achieve these objectives through dynamic virtual programming led by counselors trained in our traditional tracks, as well as providing a digital program delivery, all while ensuring safe, healthy, fun!

Program Resources
- **Activity Box**: Filled with attention-keeping and instructive activities and supplies
- **Project Power Activity Journal**: Educational tools, activities, journal pages, recipes, and more
- **Group Time:** Group chats and intentional programming in small group led by counselors
- **Weekly Challenges**: Connects with campers and families using Facebook and Instagram
- **Power Up! Parent Meeting:** Offers opportunities to connect with other parents and to hear healthy topics presented by healthcare professionals
- **Family Engagement:** Parent E-newsletter, Facebook polls, text surveys, etc.
- **Power Kids Club:** Offers engagement and significant touch points for youth and their families to enhance their healthy lifestyle behavior after program completion through live sessions, social media, newsletters, virtual events and more
- **Power Moves! Calendars:** Provide three months of daily suggestions for healthy behaviors that youth and families can do at home

Key Outcomes
- Increased knowledge of physical activity and nutrition

- Improved confidence making healthy food choices and how to exercise regularly
- Increased healthy behaviors including achieving physical activity and consumption of fruits, vegetables and water

Projected Participants: 9,000 – three years of program
- Year 1: Expand the program from 1 session to 2 sessions
- Year 2: Expand the program from 2 sessions to 4 sessions
- Year 3: Expand the program from 4 sessions to 8 sessions

Timeline
- Six-week recruitment period
- Three-week phase offering six meetings twice a week
  - Be Active - What Is A GO Activity
  - Be Active - GO, SLOW and WHOA Foods
  - Increase GO, Decrease WHOA - Energy Balance
  - increase GO, Decrease WHOA - Wean the Screen
  - Healthy Dining – Fast Food Choices
  - Healthy Dining - ReThink Your Drink

**Activation**:

**<u>Local Events & Engagement (Year 2-3)</u>**

Company will continue to support local markets through Project Power across our 22 pods, 50 states and the District of Columbia. Under the strategic relationship, the ADA will ensure that support is recognized across the country.

Project Power – Expansion plan

- Year 2: We will expand the program in 9 new markets that host the Project Health initiative
- Year 3: Expand to 11 additional Project Health markets

**<u>Pharmacy/Front of Store and Association Collaboration (Year 2-3)</u>**
   a. **Co-branded Educational Materials**

Association and Company shall work together to share Project Power educational materials for the diabetes patient/consumer to access in the Company's store locations, such as for example: pharmacy counter, in-aisles, tear-off sheets for patients, mini brochures, wallet-sized tip cards, or posters. Company shall be responsible for all production and distribution costs.

   b. **Project Health Collaboration**

Association and Company shall collaborate on Project Health (low income, urban) event(s) in conjunction with and according to the Project Power program. Association and Company shall identify content to be co-branded that may be distributed to participants at the event and the Association will help to promote Project Health through the Association website.

c. **In-Store radio promotion**
Provide the Association with one or more in-store radio promotion(s)/advertisement(s). To be created by both parties.

d. <mark>**Develop in-store co-branded partnership signage.**</mark> To be determined by both parties.

| Project Power | Year 2/ Number of Sites | Year 3/ Number of Sites |
|---|---|---|
| 1. Alabama (Mobile/Birmingham) | | |
| 2. Atlanta (Georgia) | | |
| 3. California (Fresno) | | 2 |
| 4. California (Los Angeles) | 2 | 4 |
| 5. California (Sacramento) | | 2 |
| 6. California (San Diego) | | 2 |
| 7. California (San Francisco) | | 2 |
| 8. Florida (Miami) | | 2 |
| 9. Florida (Orlando/Tallahassee) | | 2 |
| 10. Illinois (Chicago) | | 2 |
| 11. Louisiana (Baton R/NO) | 2 | 4 |
| 12. Massachusetts (Boston) | 2 | 4 |
| 13. Michigan (Detroit) | | 2 |
| 14. Mississippi (Jackson/Memphis) | 2 | 4 |
| 15. New York City | 2 | 4 |
| 16. North Carolina (Charlotte) | 2 | 4 |
| 17. Ohio (Cleveland) | 2 | 4 |
| 18. Pennsylvania (Philly) | 2 | 4 |
| 19. Rhode Island (Providence) | | |
| 20. South Carolina (Columbia/Charleston) | | |
| 21. Tennessee (Memphis/Knoxville) | | 2 |
| 22. Texas (Dallas Fort-Worth) | 2 | 4 |
| 23. Texas (Houston) | | 2 |
| 24. Washington DC | | 2 |
| 25. New Jersey | 2 | 4 |
| **Total Sites** | **20** | **62** |

**Strategy 2** – Drive people living with diabetes and prediabetes to know their numbers by taking the Diabetes Risk Test, getting health screenings, and accessing resources

**Activation**:
Company Digital Channels
- Embed the ADA-branded "Risk Test" on the Company website(s) for the term of the campaign with ADA logo inclusion.

- Use of cobranded risk test in all facets of program for digital and hard copy distribution. Multiple languages where needed.
- Develop a marketing and communication strategy for the partnership term and drive Company Employee Engagement

**Project Health (Year 2-3)** : With Project Health, offer free screenings of key health indicators such as A1C, blood pressure, and BMI. Encourage follow-up with health care provider

**Pharmacy/Front of Store and Association Collaboration**
   a. **Co-branded Educational Materials (Year 2-3)**
Association and Company shall work together to share risk-specific educational materials for the consumer to access in the Company's store locations, such as for example: pharmacy counter, in-aisles, tear-off sheets for patients, mini brochures, wallet-sized tip cards, or posters. Company shall be responsible for all production and distribution costs.

   b. **Project Health Collaboration (Year 2-3)**
Association and Company shall collaborate on Company's Project Health (low income, urban) event(s) in order to drive awareness of risk and utilization of education and risk-specific materials. Association and Company shall identify content to be co-branded that may be distributed to participants at the event and the Association will help to promote Project Health through the Association website.

   c. **In-Store radio promotion (Year 1-3)**
Provide the Association with one or more in-store radio promotion(s)/advertisement(s). To be created by both parties.

**Employers and Plans:** Project Power Workplace Wellness Tool Kit (Year 2-3)
A Project Power customized educational and resource tool kit for Aetna plan manager distribution. A digital customized tool kit to include:
- Electronic health and wellness tip sheets (hard copies available)
  - Risk test (multiple languages)
  - Diabetes 101: Getting to know diabetes
- Corporate office resource kit (including but not limited to)
  - Health meeting tips
  - Healthy workplace preparedness
  - Stair posters
- Lunch and Learn series Project Power Ask the Expert Q and A bi-annual series; customized including Company and ADA experts – suggested timeline and curriculum:
  - Year one focus: prevention & prediabetes, understanding diabetes
  - Year two: nutrition, eye health
  - Year three: technology and diabetes time in range
- Corporate Communications resources
  - Content for newsletters.  2 articles per quarter to share in newsletters.

- Food Hub Recipes - 2 new recipes per quarter.
- Healthy living videos
- Employee Engagement Opportunities
  - Project Power participation – unique company activations during the Project Power 8-week campaign and the month of November (American Diabetes Month)
- Workplace giving - Pin pad considerations and year-end giving connections/ADA information shared /consider us for year-end giving etc.
- Enrollment in Project Power full program (where available)

**Strategy 3** – Fund research on health disparities that drive the diabetes epidemic

Our research investments focus on sparking the next big discovery through innovative, high-impact projects that encourage scientists to take calculated risks that can yield high rewards. We maximize our limited research dollars by allocating our funds through our targeted research program which is vetted through our rigorous expert peer-review process performed by leading diabetes scientists. The targeted research program allows ADA supporters to specify areas of interest for investment that align with ADA's expert assessment of high-needs, emerging areas relevant to advancing diabetes science and care.

The current health pandemic and its disproportionate toll on minority, low-income, and historically underserved Americans shines a troubling light on historic, systemic inequities in American health care. At the same time, there is a significant gap in scientific knowledge regarding the health disparities that fuel this crisis.

The ADA and Company will fund research addressing this unmet need and drive discovery that will lead to the future elimination of these disparities and the devasting impact on our communities.

**Integrated Marketing and Communications (Year 1-3):**

Company will be recognized as the Project Power Strategic Partner for the term of this agreement. An integrated marketing campaign will be developed and delivered for 4 weeks each year recognizing Company's support. Activations will be mutually agreed upon and reviewed for impact and assessed annually.

In addition to the 4-week integrated Project Power Campaign, Company will be engaged in the following ways:

**American Diabetes Month® (Year 2-3)**
During the month of November for the term of our relationship, Company will be positioned as the Project Power Strategic Partner. Company logo will be included on ADA campaign webpage, toolkit materials and communications. Recognition elements shall include:
- Premier positioning as the national Project Power Strategic Partner
- Inclusion of Company logo in campaign materials (that may include collateral, PSA videos and web banners) and social media
- Inclusion of Company in press release announcing the campaign
- Inclusion on ADA website
- Rights to promote the Project Power Strategic Partnership

DocuSign Envelope ID: 3761C267-C374-4544-B10F-5F94EC8A5E7D

- Retail/ Pin Pad campaign

Company shall have the right to use the ADA name and logo and/or campaign name or hashtag to promote that it is the Project Power Strategic Partner of American Diabetes Month, including in advertising and promotional materials.

**Giving Tuesday** (Year 1-3)

Our Giving Tuesday generosity movement features five e-mails over the course of one week, a lightbox on the homepage, paid advertising (Google, Bing, Facebook), social posts (national and local), and either a dedicated donation form or an altering of our main form. We feature a match opportunity containing the Company logo and additional recognition of the Project Power Strategic Partnership across all channels. The match goal is typically $100,000. Each e-mail is sent to a group of, approximately, 1,000,000 people.

**End of Year Giving (Year 1-3)**

Our EOY campaign typically runs just after Christmas through 12/31. It's a similar structure to Giving Tuesday and features approximately six e-mails over the course of one week, a lightbox on the homepage, paid advertising (Google, Bing, Facebook), social posts (national and local), and either a dedicated donation form or an altering of our main form. We feature a match opportunity which would contain Company logo and additional recognition of the Project Power Strategic Partnership across all channels. The match goal is typically $300,000. Each e-mail is sent to a group of, approximately, 1,000,000 people.

**Local Activation (Year 2-3)**

$500,000 of this investment will be allocated to Local Activation in the PODs of the ADA and managed by the National Relationship Managers of the American Diabetes Association.

**Use of Association Content**

Company receives the opportunity to use Association diabetes-related, consumer content for the purpose of developing branded materials in support of the Project Power Strategic Partnership.

All Association content shall remain the property of the Association and all Company content shall remain the property of Company. The parties shall mutually agree on the content, use and distribution of co-branded pieces. Further, all co-branded materials developed as part of this sponsorship shall be exclusive to the sponsorship for the Term and subject to advance review and approval by the Parties. Upon conclusion of the Term, neither party shall use the co-branded materials without the written approval of the other party.

**Company Engagement in Support of ADA**

Company agrees to work collaboratively with the ADA to identify in-kind public relations and promotional opportunities to support its Project Power Strategic Partnership which may include, but is not limited to the following benefits:

- Develop Company press release announcing relationship. ADA shall provide appropriate quote.

DocuSign Envelope ID: 3761C267-C374-4544-B10F-5F94EC8A5E7D

- Develop social media posts, typically 2x in each 12-month period during the Terms including a call to action to engage with Company social media about diabetes
- Company shall post a total of 12 social media posts during the Term, where the focus will center on the Project Power campaign with any other agreed upon content and provide a link to ADA and Company channels. Association shall engage with posts as deemed appropriate. A schedule determining the dates and social media activity shall be mutually agreed to by the parties.
- Create awareness of the relationship by featuring the Project Power logo, along with a call-to-action directing consumers to Company digital hub/Company diabetes web page that includes an opportunity to promote Project Power campaign activities

Encouraging employees and customers to participate in the Project Power Campaign, in various activations including but not limited to *American Diabetes Month, Giving Tuesday, Project Power Events, and the Diabetes Risk Test*

### Data Collection and Evaluation
1. Reach and engagement
   a. ADA marketing and engagement team to track engagement with digital resources and email campaigns deployed
   b. ADA IT&S team to capture ADA Risk Test metrics for the number of people who take the ADA Risk Test
   c. Project Health data to be collected by Company to track the number of people who participate in health screening, number of employees trained, and resources distributed in-store/at the pharmacy
   d. Project Power members to capture metrics on number of participants who enroll and complete the program
2. Impact
   a. ADA program evaluation team to disseminate pre/post surveys to engaged participants to assess impact on resource awareness and follow-up with health care providers upon receiving Risk Test and health screening results
      i. Work with select sites to conduct in-depth pilot testing to assess for health screening impact
   b. Project Power pre/post surveys to assess change in awareness, behaviors, and intentions among participants to assess impact on health and wellness
3. Satisfaction
   a. Surveys to be distributed to health screening attendees, Project Power participants, and researchers to assess for satisfaction and gauge areas for programmatic enhancements

**Project Governance:** As the Project Power Strategic Partner, Company will be able to work with the ADA to operationalize elements of the strategies above. ADA will:
- Kick off the program with a joint working session to align on targets and baseline metrics
- Assign a Program Director to lead the execution of Statement of Work

DocuSign Envelope ID: 3761C267-C374-4544-B10F-5F94EC8A5E7D

- Produce quarterly reports on project metrics and results
- Produce annual reports on project metrics and results
- Meet with Company project leadership quarterly to review results, address opportunities, and review future plans
- Meet with Company executive leadership annually to review relationship, results, and opportunities

## Exclusivity and Positioning

The Exclusivity Period shall commence as of the Effective Date and will continue until the earlier of expiration of the term or termination of the Agreement. During the Exclusivity Period, Company will be designated as the exclusive sponsor of the Project Power Campaign in the national retail pharmacy category (by way of example, "national retail pharmacy" includes pharmacies such as Rite Aid, Walgreens, Fred's, Kroger and Walmart, but is not intended to include small regional chains or local, smaller independent pharmacies), meaning that ADA (including its local affiliate offices) will not enter into a sponsor agreement of the Project Power Campaign, with another company in this category without Company's prior written consent. The foregoing shall not apply to pre-existing, current and enforceable agreements as identified by ADA and reported to Company in writing prior to the Effective Date.

## Sponsorship Fee & Payment

Company will offer opportunities to its customers to make a donation to the ADA. Company commits to raise for the ADA a minimum of $10,000,000 for the Term of this Agreement.  The Company agrees to make annual payments of funds raised during each calendar year of this Agreement by December 31, beginning in 2021, as set forth below.

In the event the total funds raised through in-store fundraising and cause marketing and donated to the ADA from the Effective Date through December 31, 2023 total less than $10,000,000, Company agrees to either (i) donate funds to the ADA equal to the difference in the funds donated and $10,000,000, or (ii) Company may, in its sole discretion, elect to conduct additional consumer campaigns prior to April [xx], 2024.  Should a difference still remain due after the additional consumer campaigns, if any, are completed, Company agrees to donate funds to the ADA equal to the difference between the total funds donated and $10,000,000.  Any amounts raised over $10,000,000 minimum will be donated to the ADA as well.

**Payment Due: December 31, 2021**: Funds raised during 2021 consumer campaign
**Payment Due: December 31, 2022:** Funds raised during 2022 consumer campaign
**Payment Due: December 31**, **2023:** Funds raised during 2023 consumer campaign.
**Final Payment Due:** April 30, 2024: Funds raised from any additional consumer campaigns plus, in the event that the total funds raised is less than $10,000,000, an amount equal to the difference between the total funds raised and $10,000,000.

DocuSign Envelope ID: 3761C267-C374-4544-B10F-5F94EC8A5E7D

# Attachment B

## Use of ADA Marks

**Use of the ADA Marks**

Any use of the ADA Marks requires the review and written approval of the ADA as set forth in this Agreement and outlined in Attachment A: Use of Intellectual Property. Any modification to taglines or to the "lock-up" imagery, except with respect to sizing, shall also require review and written approval by the ADA to ensure that with any modification, there is prominent proximity between the brands.

Use the Marks as illustrated below without any modification.

**ADA MARKS**

ADA Marks shall be delivered within 14 days upon completion of a the fully executed Agreement

**A Proud Supporter of**



**A Project Power Strategic Partner of**



**COMPANY MARKS**







# Amendment to Corporate Sponsorship Agreement

This Amendment, dated as of October 28, 2021 (the "Amendment Effective Date") amends the Corporate Sponsorship Agreement effective April 13, 2021 (the "Agreement") between the American Diabetes Association, an Ohio non-profit corporation with its principal office located at 2451 Crystal Drive, Suite 900, Arlington, VA 22202 ("ADA") and CVS Pharmacy, Inc., a Rhode Island corporation, located at One CVS Drive, Woonsocket, Rhode Island 02895 ("Company"). ADA and Company are sometimes individually referred to herein as the "Party" and collectively as the "Parties." Capitalized terms used but not otherwise defined herein shall have the respective meanings set forth in the Agreement.

WHEREAS, the Parties seek to modify the Agreement to clarify that the Company may direct any funds raised in excess of $10,000,000 in the three-year period to support other initiatives at the Company's discretion, so long as such other initiatives advance the ADA's mission; and

WHEREAS, pursuant to Section 24 of the Agreement, the Parties to the Agreement wish to make an amendment to the Agreement and have agreed to consent to such amendment to the Agreement, subject to the terms and conditions set forth herein.

NOW, THEREFORE, in consideration of the foregoing and other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the Parties hereto agree as follows:

1. **Amendment.** Effective as of the Amendment Effective Date, Attachment A to the Agreement is hereby amended to include the following paragraph after the second paragraph of the section entitled "Sponsorship Fee & Payment":

"The Company may direct any funds raised in excess of $10,000,000 over the Term of the Agreement to support other initiatives at the Company's discretion, so long as such other initiatives advance the ADA's mission. Such direction shall be provided in writing by the Company to the ADA and shall be subject to the approval of the ADA, such approval not to be unreasonably withheld."

2. **Integration.** The Agreement, as amended by this Amendment, constitutes the entire agreement between the Parties hereto relating to the subject matter hereof and supersedes all prior and contemporaneous agreements, understandings, negotiations and discussions, whether oral or written, of the Parties, and there are no general or specific warranties, representations or other agreements by or among the Parties in connection with the entering into of the Agreement or the subject matter hereof except as specifically set forth or contemplated herein.

3. **Governing Law.** This Agreement is subject to and shall be construed in accordance with the laws of the Commonwealth of Virginia and jurisdiction and venue shall be solely in the federal and state courts situated in the City of Alexandria or Arlington County. If any terms of this Agreement are invalid or unenforceable under any statute, regulation, ordinance, executive order or other rule or law, such term shall be deemed reformed or deleted only to the extent necessary to comply with such statute, regulation, ordinance order or rule, and the remaining provisions of this Agreement shall remain in full force and effect.

4. **Execution in Counterparts.** This Amendment may be executed by the Parties in any number of counterparts, and by each of the Parties in separate counterparts, each of which counterparts, when

so executed and delivered, shall be deemed to be an original, but all such counterparts shall together constitute but one and the same instrument. Delivery of an executed counterpart of a signature page of this Amendment in Portable Document Format (PDF) or by facsimile transmission shall be as effective as delivery of a manually executed original counterpart of this Amendment. Counterparts may be delivered via facsimile, electronic mail (including any electronic signature covered by the U.S. federal ESIGN Act of 2000, Uniform Electronic Transactions Act, the Electronic Signatures and Records Act or other applicable law, e.g., www.docusign.com) or other transmission method and any counterpart so delivered shall be deemed to have been duly and validly delivered and be valid and effective for all purposes.

Except as expressly set forth herein, this Amendment shall not alter, modify, amend or in any way affect the terms, conditions, obligations, covenants or agreements contained in the Agreement, all of which are ratified and affirmed in all respects and shall continue in full force and effect.

The parties hereto have executed this Amendment effective as of the date first written above.

**AMERICAN DIABETES ASSOCIATION**                **CVS PHARMACY, INC.**

| By: *Charles D. Henderson Jr.* (DocuSigned by, 8218D85A496D4A6...) | By: *Eileen Boone* (DocuSigned by, 661285B1AFDC4EB...) |
|---|---|
| Name: **Charles Henderson** | Name: **Eileen Howard Boone** |
| Title: **Chief Development Officer** | Title: **SVP, Corporate Social Responsibility & Philanthropy** |
| Date: 10/28/2021 | Date: 10/28/2021 |
| By: *Charlotte M. Carter* (DocuSigned by, C1148642B39446E...) | |
| Name: **Charlotte M. Carter** | |
| Title: **Chief Financial Officer** | |
| Date: 10/28/2021 | |

DocuSign Envelope ID: 3761C267-C374-4544-B10F-5F94EC8A5E7D



# Corporate Sponsorship Agreement

This Agreement is made effective April 13, 2021 between the American Diabetes Association, an Ohio non-profit corporation with its principal office located at 2451 Crystal Drive, Suite 900, Arlington, VA 22202 ("ADA") and CVS Pharmacy, Inc., a Rhode Island corporation, located at One CVS Drive, Woonsocket, Rhode Island 02895 ("Company"). ADA and Company are sometimes individually referred to herein as the "Party" and collectively as the "Parties."

1. **Purpose**: The purpose of this Agreement is to benefit the ADA and advance its non-profit mission to prevent and cure diabetes and to improve the lives of all people affected by diabetes through a Project Power Strategic Partnership (the "Sponsorship"). Company understands that as a non-profit charitable organization the ADA cannot promote or endorse Company's products or services, either explicitly or implicitly. The ADA may require that a disclaimer stating that Company's participation in this Sponsorship does not convey or imply the ADA's approval, endorsement, certification, acceptance, or referral of any product or service of Company. The Sponsorship includes the Program and Event activities and other terms set forth in Attachment A.

2. **Scope:** The ADA agrees to identify and acknowledge Company as a supporter of the organization and the diabetes cause, as permitted in connection with qualified sponsorship payments and royalties under Section 513(i) and Section 512 of the Internal Revenue Code and Treasury regulations thereunder ("Code"). Company agrees not to knowingly take any actions that would jeopardize the tax-exempt status of ADA under section 501(c)(3) of the Code. Company agrees to inform its business partners about ADA's tax-exempt status. Company agrees to provide its services, as defined in Attachment A, in accordance with all applicable laws and in accordance with standards of decorum and taste so as not to adversely reflect upon the ADA or its mission. ADA may publicize its relationship with Company and use any photos, videos, written materials and other collateral matter developed under this Agreement as further described in Attachment A, for its business purposes including any marketing.

3. **Territory:** The geographic territory for this Agreement is the United States.

4. **Intellectual Property:** The ADA is the sole and exclusive owner of its name and logos, with or without accompanying words, and has the legal right to enter into this Agreement. In addition, any materials provided by or developed by the ADA remain the property of the ADA. The ADA's names, logos, and various marks are "the ADA Marks", as listed in Attachment B. The ADA's ownership of the ADA Marks is or shall be secured through registration, or under common law, or both. Company's use of the ADA Marks does not create ownership rights in the ADA Marks for Company. Company shall not, during the period of this Agreement, or any time thereafter, challenge ADA's exclusive ownership or registration of ADA's Marks, including any and all moral rights. Company is the sole and exclusive owner of its name, logos, and marks (the "Company Marks"), which include, without limitation, the names, logos, and marks listed in Attachment B as Company Marks.

5. **License:** The ADA grants Company a non-exclusive, limited, revocable and conditional license during the term to use the ADA Marks, solely to identify Company as a supporter of the ADA. Use

by Company of the ADA Marks is limited to the ADA Marks as specifically authorized by the ADA, such ADA Marks may not be revised or altered in any way without prior written consent, and must be displayed in the same form and colors, and such license does not extend to any other marks of the ADA. Use by Company of the ADA Marks on and in conjunction with its product or brand is conditioned upon Company's compliance with the terms of this Agreement generally and the observance of the specifications for permissible uses of the ADA Marks as stated herein and as may be given to Company, from time to time in writing by the ADA. Nothing shall prohibit the ADA, during the period of this Agreement, from licensing the use of substantially similar marks for substantially similar uses in working with other companies or industries. Company may not permit any third party to use the ADA Marks without the express prior written approval of the ADA, which may be withheld for any reason. The ADA Marks must be used in a professional manner and solely in connection with the activities authorized under this Agreement. The Company grants the ADA a non-exclusive, limited, revocable and conditional license during the term to use the Company Marks, solely to identify Company as a supporter of the ADA. The Company Marks must be used solely in connection with the activities authorized under this Agreement.

6. **Use of ADA Marks:** The ADA Marks shall not be placed adjacent to the mark of another organization concerned with diabetes, or those of a company that manufactures products or provides services related to diabetes, without the ADA's specific prior written consent, which may be withheld for any reason. The ADA Marks may not be used for individual, personal or professional gain, or other private benefit, and Company shall not use the ADA Marks in any manner that, in the ADA's sole discretion and judgment, diminishes their value or otherwise dilutes the ADA Marks; discredits the ADA or tarnishes its reputation and goodwill; is false, misleading or likely to cause confusion, mistake or deception; violates the rights of others; violates any federal, state or local law, regulation or other public policy; or mischaracterizes the relationship between the Parties, including but not limited to the fact that Company is a separate and distinct legal entity from, and is not an agent of, the ADA. The use of Company Marks by ADA shall be in furtherance of the sponsorship elements set forth in Attachment A.

7. **Quality:** All products, materials, services or other items of Company with which the ADA Marks are used shall be maintained throughout the period of this Agreement at or above their quality at the beginning of the term.

8. **Review:** All uses of the ADA Marks, including the specific placement of the ADA Marks on Company's product and all promotional materials, are subject to the ADA's prior written approval, which approval shall not be in its sole discretion. Any reference to the ADA in electronic or other publication or broadcast is subject to the ADA's prior written approval in each instance, which approval shall not be unreasonably withheld. Approval or disapproval of the use of either Party's Marks shall be provided by the respective Party within ten (10) business days of request. Failure to have materials and/or products featuring the ADA Marks reviewed in advance of making then available in the marketplace may be considered breach of the Agreement and cause for immediate cancellation.

9. **Infringement:** Each Party shall take measures it deems necessary to assure that none of the material which is prepared, or which shall be prepared, pursuant to this Agreement, violates or infringes upon any trademark or copyright, or any other right of any person, company or other entity. Both Parties shall protect against infringement of the ADA Marks. Each Party shall provide reasonable assistance

American Diabetes Association Project Power_022021

to the other party in protecting the ADA Marks upon request. Each Party shall notify the other party immediately if it learns of any infringement of the ADA Marks or Company Marks. The Party owning the infringed mark shall have sole discretion to determine whether to pursue such infringement.

10. **Indemnification:** Each Party agrees to defend, indemnify and hold harmless the other Party, its officers, directors, employees, volunteers, subcontractors and agents, from any and all claims, losses, damages, liabilities, judgments, or settlements, including reasonable attorneys' fees, costs and other expenses incurred on account of the their respective negligent acts or omissions, and those of their directors, employees, agents, contractors and sub- contractors, in connection with this Agreement.

11. **Notification:** Except as may be limited by applicable law, each of the Parties hereto shall promptly notify the other of, and reasonably cooperate in responding to or defending any inquiry, investigation, claim, suit or other cause of action instituted, asserted or threatened against either Party hereto or any of their respective Affiliates, shareholders, directors, officers, agents, independent contractors or employees and arising out of or relating to either Party's obligations under this Agreement or any other matter contemplated hereby.

12. **Insurance:** During the term of this Agreement, and before any sponsorship or promotional activities are conducted under this Agreement, Company shall obtain and maintain at its expense, Commercial General Liability Insurance coverage with an insurance carrier with a Best's rating of A-. The insurance shall be in an amount of: $2,000,000 per occurrence and $2,000,000 aggregate with a $2,000,000 aggregate for products and completed operations with an excess of $5,000,000 in an excess liability policy. The ADA must be included as an additional insured, and shall be provided at least 30 days' notice for cancellation of policy and 10-day notice for non-payment of premium. Such insurance shall be primary and non-contributory.

13. **Term:** This Agreement is valid from April 13, 2021 through April 12, 2024.

14. **Termination:** Either Party may terminate this Agreement if the other Party breaches any term of this Agreement and does not remedy such breach within ten (10) business days following the other Party's written request. A breach of this Agreement by Company shall include, but is not limited to: (1) misuse of the ADA Marks or content; or (2) bankruptcy of Company or its assignment for the benefit of creditors. Should Company terminate this Agreement in the absence of breach, Company's commitment to pay survives cancellation of this Agreement. Should ADA terminate this Agreement in the absence of breach, Company's commitment to pay is extinguished. All rights to use the ADA Marks or Company Marks end when the Agreement is canceled, terminates or expires.

15. **Effect of Termination or Expiration:** Upon termination or expiration, the Company may make no further use of the ADA Marks, or other proprietary property or materials provided, developed or intended for use in connection with the Sponsorship, without prior written authorization by ADA, other than as set out in this section. All other originals and copies of the ADA Marks (whether in printed, electronic, recorded, and/or other tangible form) shall be discarded or destroyed within five (5) business days and any digital use of the ADA Marks by the Company shall be deleted or removed from any public fora, to the extent such digital uses are under the dominion or control of the Company. The obligations under sections 6, 7, 8, 9, and 19 and this section 15 shall survive the

termination or expiration of this Agreement.

16. **Force Majeure:**  Neither Party shall be in breach of this Agreement if Program or Event activities are cancelled as a result of forces beyond the Party's reasonable control, such as unusually severe weather, fire, explosion, civil disturbance, terrorism or act of God.  Whenever possible, any schedule for performance stated above shall be extended as necessary to overcome the effects of such force majeure, or the Company promotion shall be transferred to another ADA program or event.

17. **Liability:** Company and ADA agree that each is responsible for its own business activities and for its action or inaction relating to the specific Program or Event activities under this Agreement. Company shall be responsible for securing any necessary release forms from participants in any Company activity not held at the ADA's Program or Event activity.

18. **Non-Assignment:**  This Agreement shall be between the Parties only, and does not grant rights to any other party.  This Agreement may not be assigned by either Party without the prior written consent of the other Party.  Any amendment of this Agreement must be in writing signed by authorized representatives of each of the Parties.

19. **Confidentiality**:  The provisions of this Agreement shall be maintained by the Parties as confidential during the Term and thereafter.  In addition, any and all aspects of both Parties' business, including without limitation all non-public information or trade secrets directly or indirectly related thereto, that the other Party becomes exposed to during the Term, and extensions or renewals, of this Agreement shall be maintained as confidential, and shall not be further disclosed by the receiving Party, or used by the receiving Party for any purpose other than performing hereunder during the Term or thereafter.  The disclosing Party shall at all times retain full ownership in and to all information respecting its business, and shall be the sole and exclusive owner of all materials it creates pursuant to this Agreement, except as may be otherwise provided herein. The obligation to maintain confidentiality under this Section shall survive the termination of this Agreement for a period of three (3) years.

20. **Independence**:  Nothing in this Agreement shall create a partnership, joint venture or establish the relationship of principal and agent or any other relationship of a similar nature between the Parties. The Parties to this Agreement shall be considered independent contractors and neither Party is granted the right or authority to assume or create any obligation on behalf of or in the name of the other.

21. **Survival:**  Any and all warranties, provisions, rights and obligations of the Parties herein described and agreed to be performed subsequent to the termination of this Agreement, including but not limited to obligations respecting confidentiality and indemnification, shall survive the termination of this Agreement.

22. **Successors and Assigns**: This Agreement shall be binding on the parties, and on their successors and assigns, without regard to whether it is expressly acknowledged in any instrument of succession or assignment.  However, Company may only assign its responsibilities under this Agreement with ADA's prior written approval as provided in Section 18.

23. **Entire Agreement:**  This Agreement, including any attachments, if applicable, and any other

DocuSign Envelope ID: 3761C267-C374-4544-B10F-5F94EC8A5E7D

documents and agreements contemplated herein, constitute the entire agreement between the Parties with regard to the subject matter. This Agreement supersedes all previous agreements between or among the Parties respecting such, and there are no other agreements or understandings between or among the Parties other than as set forth herein.

24. **Amendment**: No amendment, alteration, modification of or addition to this Agreement, and no waiver of rights or remedies hereunder, shall be valid or binding unless expressed in writing and signed by the Party to be bound thereby.

25. **Compliance with Anti-Discrimination Laws and Policies:** Company verifies that it complies with all laws prohibiting discrimination against people with diabetes including, but not limited to, the Americans with Disabilities Act, the Rehabilitation Act of 1973, and state and municipal anti-discrimination laws. Company states that it shall not discriminate against a qualified individual with diabetes, because of the person's diabetes, in regard to job application procedures, the hiring, advancement, or discharge of employees, employee compensation, job training, or other terms, conditions, and privileges of employment. Company further verifies that each person with diabetes, whether or not the person uses insulin, is eligible for any employment with Company for which he/she is otherwise qualified, and that Company does not have any rule or policy that automatically excludes a person with diabetes from employment in any position with Company.

26. **Notice:** All written notices required to be given pursuant to the terms set forth in this Agreement shall be deemed given on the day notice is either delivered personally, or by fax or overnight or certified delivery or deposited in the mail addressed as specified below:

Company: CVS Pharmacy, Inc.
Address: One CVS Drive, Woonsocket, Rhode Island 02895
Contact/Title: Joanne Dwyer, VP Corporate Social Responsibility and Corporate Giving
With a cc to: Thomas Moffatt, VP and Assistant General Counsel

American Diabetes Association
P.O. Box 7023, Merrifield, VA 22116-7023
Contact/Title: Tracey D. Brown, CEO
With a cc to: Sean C.E. McDonough, VP and General Counsel, Legal Affairs

27. **Governing Law.** This Agreement is subject to and shall be construed in accordance with the laws of the Commonwealth of Virginia and jurisdiction and venue shall be solely in the federal and state courts situated in the City of Alexandria or Arlington County. If any terms of this Agreement are invalid or unenforceable under any statute, regulation, ordinance, executive order or other rule or law, such term shall be deemed reformed or deleted only to the extent necessary to comply with such statute, regulation, ordinance order or rule, and the remaining provisions of this Agreement shall remain in full force and effect.



The parties hereto have executed the agreement effective as of the date first written above.

**AMERICAN DIABETES ASSOCIATION**          **CVS PHARMACY, INC.**

| By: | By: |
|---|---|
| *Tracey D. Brown* | *Eileen H. Boone* |
| **Name:** Tracey D. Brown | **Name:** Eileen Howard Boone |
| **Title:** Chief Executive Officer | **Title:** SVP, Corporate Social Responsibility & Philanthropy |
| **Date:** 4/16/2021 | **Date:** 4/16/21 |
| By: *Charlotte M. Carter* | |
| **Name:** Charlotte M. Carter | |
| **Title:** Chief Financial Officer | |
| **Date:** 4/16/2021 | |



# Attachment A

## ACKNOWLEDGEMENT OF SUPPORT

The following outlines the type of acknowledgment that has been agreed upon by the Company and the ADA and describes the appropriate recognition of support, in accordance with the Internal Revenue Code. (All advertising, promotional and educational materials, with or without the ADA marks, are subject to the ADA's advance review and approval.)

The Company Brand(s) covered by this Agreement: CVS Health, CVS Pharmacy, Aetna

**Designation: Project Power Strategic Partner**

Company shall be recognized as a Project Power Strategic Partner of the ADA. Such title acknowledges Company's commitment to supporting the mission of the ADA. The term must be used intact; Company may not modify the term or call itself a "Partner" of the Association or refer to the sponsorship as a "Partnership." As a Project Power Strategic Partner, Company shall participate in and receive recognition for the following activities for the Term, as agreed upon by Company and the ADA. The ADA shall review with Company on an annual basis the recognition of Company's participation in the activities outlined below.

## RELATIONSHIP ELEMENTS

### A. Use of Intellectual Property

As a Project Power Strategic Partner, Company shall receive the opportunity to use the ADA Marks on Company's approved educational and/or promotional materials, which meet the ADA's guidelines; consistent with the approved ADA Clinical Practice Recommendations including the *Standards of Medical Care for Diabetes* for the Term of this Agreement (as illustrated on "Attachment B", attached hereto and incorporated by reference herein).

All materials are subject to advance review and written approval by the ADA. Company agrees that all educational and/or promotional messages, in which the ADA Marks appear, must be supported in science and the ADA is the final arbiter in determining whether or not its marks are suitable to appear on materials. In addition to the use of the ADA Marks, Company shall be entitled to use the following statement of relationship language:

   a) *"A Proud Supporter of American Diabetes Association® www.diabetes.org; 1-800 DIABETES"*
   b) *"A Project Power Strategic Partner of American Diabetes Association®"*

## B. Statement of Work

As the Project Power Strategic Partner, Company and the American Diabetes Association ("ADA"), will use our collective strength by joining together to support people to prevent and manage diabetes in our communities and fund research on the devastating health disparities that fuel the diabetes epidemic. Our winning combination of the ADA's expertise, content, credibility, national and local networks combined with Company's retail stores as trusted hubs and a talented employee base will drive our mutual commitment to ensuring all people live longer, healthier lives.

DocuSign Envelope ID: 3761C267-C374-4544-B10F-5F94EC8A5E7D

**Goals:**

Through the relationship with Company and the ADA, we will:

1. Deliver outcomes-based, gamified experiences that help adults take control of their diabetes and future adults prevent diabetes from becoming a part of their life
2. Drive people living with diabetes and prediabetes to know their numbers by taking the Diabetes Risk Test and getting health screenings
3. Fund research on health disparities that drive the diabetes epidemic

**Impact Statement**: Company is proud to be the Project Power Strategic Partner to help empower vulnerable communities to better manage and prevent prediabetes. Company has pledged $10 million dollars over three years to support people in their health journey of preventing and managing diabetes through increased awareness, knowledge, and taking actions to improve health and fund research to drive discovery and address the unmet needs leading to the future elimination of these disparities and the devasting impact on our communities. Together we will increase reach, engagement, and education for 5 million patients and caregivers to improve health outcomes.

ADA channels will measure the following to achieve this number:

- Reach (marketing/digital outreach): 3 million over three years
- Engagement (someone taking action and completing risk test): 1.5 million over three years
- Education/Impact: 20,000 over three years

Company channels will measure to achieve this number:

- Engagement (glucose screenings via Company's Project Health initiative ("Project Health")) 25 Markets plus 4 Mobile RV units estimate 600-700 per year or over 3 years the screening of over 2,000 patients.
- Reach (engagement with ADA resources and link) 1.2 million over the next 3 years.

We will do this through the following channels:

- Project Power
- American Diabetes Association Risk Test
- Worksite Reach
- American Diabetes Month
- Project Health Events
- In-Store Awareness and Activation
- Integrated Marketing and Communications

**Proposed Outcomes:**

- Serve people through awareness and activations
- Fund research on diabetes and health disparities
- Improve food choices
- Increase physical activity
- Develop behavioral problem-solving and coping skills
- Increase the # of people engaged with ADA and Company specifically in diverse, underserved populations/populations at greatest risk for diabetes
- Increase the # of people who are aware of ADA and Company resources

DocuSign Envelope ID: 3761C267-C374-4544-B10F-5F94EC8A5E7D

- Increase the # of Company employees who are engaged with the relationship, know their risk, and take action to prevent and/ or better manage their diabetes
- Reduce the number of people who don't know they are at risk or have diabetes
  - Increase the # of people who take the ADA Risk Test
  - Increase the # of high-Risk Test scorers who follow-up with a health care provider
- Increase the # of people engaged in the initiative who get a health screening
- Increase the # of people with prediabetes or diabetes who take at least one health action to prevent diabetes or better manage their diabetes

**Strategies**

Detailed descriptions of the tactics associated with each strategy are found in the following section.

<u>**Strategy 1**</u> – Deliver outcomes-based, gamified experiences that help adults take control of their diabetes and future adults prevent diabetes from becoming a part of their life.

**PROJECT POWER** is an outcomes-based, gamified experience that helps adults take control of their diabetes and future adults prevent diabetes from becoming a part of their life. The programs are designed to serve children and adults through tailored experiences that reach each audience. By connecting with communities across the country, ADA Project Power is bringing health education and community partners together.

**PROJECT POWER ADULTS (Year 2-3)** is designed for people 18+ diagnosed with prediabetes and type 2 diabetes. The eight-week program offers participants an opportunity to learn disease management and reduce risk factors through innovative approaches and evidence-based interventions to improve diabetes knowledge, self-care behaviors and glycemic control.

Participants are engaged through weekly dynamic lessons and discussions, meal planning, physical activity, motivational talks, cooking demons, and receive program incentives. The program is delivered at no cost. Participants are connected to mentors and health coaches to aid them in achieving their goals during the program. Weekly sessions include information sharing, discussion, information about diabetes care, and self-monitoring tools taught by trained facilitators.

Purpose: To improve diabetes self-care related knowledge and behaviors among adults with pre-diabetes and type 2 diabetes.

Objectives
- Improve food choices
- Increase to physical activity
- Develop behavioral problem-solving and coping skill

Evaluation Indicators **-** *Specific information on whether a program is achieving its goals.*
- Participant data (gender, race, ethnicity, age, educational attainment, income)
- Enrollment rate
- Engagement and completion rates
- Satisfaction
- Glucose screenings provided by Company

American Diabetes Association Project Power_022021

- Risk Test

Outcomes
- Change in diabetes knowledge
- Change in behavior: lifestyle, self-management practices, and diabetes skills
- Change in confidence
- Improved self-efficacy
- Participant satisfaction with program sessions or meetings

Projected Participants: 4,100 – two years of program
- Year 2: Expand the pilot program from 2 sites to 20 sites
- Year 3: Expand from 20 sites to 62 sites

Staff: Trained community facilitators to conduct sessions
Incentives: T-shirt, program booklet, water bottle, portion plate, self-monitoring tools, activity tracker, incentive prizes and gamification badges.

Timeline
- Six-week recruitment period
- An initial two-month phase offering 8 sessions
  - Diabetes and Prediabetes
  - What Can I Eat?
  - Blood Glucose Monitoring
  - Know Your Heart: Stroke and Heart Disease
  - Depression, Stress and Emotional Health
  - Diabetes Complications – Part 1
  - Diabetes Complications – Part 2

Program Resources
- Facilitated by trained facilitators
- ADA Total Diabetes Wellness Toolkit curriculum
- Activity trackers and supporting tools
- Social networking site
- Direct interactions with health care providers and participants
- Focus on behavior modification, managing stress and peer support

Key Stakeholders
- Company Employees
- Project Health
- Primary Care Physicians
- Faith-based Organizations (FBOs)
- Healthcare Providers (nurses and dietitians)
- Community Health Workers (CHW)
- Service Clubs

- Fraternities and Sororities
- Civic leagues
- Senior Centers

Award Ceremony and Continuation

Program culmination occurs at empowerment activity, an occasion to celebrate the transformation and health journey of each participant. The celebration bolsters renowned speakers, health exhibitors, vendors, poignant testimonials, and recognition.

**PROJECT POWER KIDS (Year 1-3)** is the ADA initiative to slow the trajectory of childhood obesity and diabetes through health promotion, nutrition education, increased physical activity and family involvement. Project Power Kids was created for elementary and middle school-aged youth to help prevent obesity and type 2 diabetes and the many complications of this disease.

The program is delivered at no cost to families as a virtual afterschool program over a three-week period with sessions twice a week. This program empowers youth to make healthy lifestyle choices to develop lifelong habits and encourages youth to develop sustainable healthy household habits.
Objectives
- **Educate** youth at risk for developing type 2 diabetes and their families
- **Engage** youth and their families in interactive physical activities and nutrition education sessions
- **Connect** youth with one another, reduce feelings of isolation, increase social skills, improve confidence and independence in healthy eating and active lifestyles.

Our program will achieve these objectives through dynamic virtual programming led by counselors trained in our traditional tracks, as well as providing a digital program delivery, all while ensuring safe, healthy, fun!

Program Resources
- **Activity Box**: Filled with attention-keeping and instructive activities and supplies
- **Project Power Activity Journal**: Educational tools, activities, journal pages, recipes, and more
- **Group Time:** Group chats and intentional programming in small group led by counselors
- **Weekly Challenges**: Connects with campers and families using Facebook and Instagram
- **Power Up! Parent Meeting:** Offers opportunities to connect with other parents and to hear healthy topics presented by healthcare professionals
- **Family Engagement:** Parent E-newsletter, Facebook polls, text surveys, etc.
- **Power Kids Club:** Offers engagement and significant touch points for youth and their families to enhance their healthy lifestyle behavior after program completion through live sessions, social media, newsletters, virtual events and more
- **Power Moves! Calendars:** Provide three months of daily suggestions for healthy behaviors that youth and families can do at home

Key Outcomes
- Increased knowledge of physical activity and nutrition

DocuSign Envelope ID: 3761C267-C374-4544-B10F-5F94EC8A5E7D

- Improved confidence making healthy food choices and how to exercise regularly
- Increased healthy behaviors including achieving physical activity and consumption of fruits, vegetables and water

Projected Participants: 9,000 – three years of program
- Year 1: Expand the program from 1 session to 2 sessions
- Year 2: Expand the program from 2 sessions to 4 sessions
- Year 3: Expand the program from 4 sessions to 8 sessions

Timeline
- Six-week recruitment period
- Three-week phase offering six meetings twice a week
  - Be Active - What Is A GO Activity
  - Be Active - GO, SLOW and WHOA Foods
  - Increase GO, Decrease WHOA - Energy Balance
  - increase GO, Decrease WHOA - Wean the Screen
  - Healthy Dining – Fast Food Choices
  - Healthy Dining - ReThink Your Drink

**Activation**:

**Local Events & Engagement (Year 2-3)**

Company will continue to support local markets through Project Power across our 22 pods, 50 states and the District of Columbia. Under the strategic relationship, the ADA will ensure that support is recognized across the country.

Project Power – Expansion plan

- Year 2: We will expand the program in 9 new markets that host the Project Health initiative
- Year 3: Expand to 11 additional Project Health markets

**Pharmacy/Front of Store and Association Collaboration (Year 2-3)**
  a. **Co-branded Educational Materials**

Association and Company shall work together to share Project Power educational materials for the diabetes patient/consumer to access in the Company's store locations, such as for example: pharmacy counter, in-aisles, tear-off sheets for patients, mini brochures, wallet-sized tip cards, or posters. Company shall be responsible for all production and distribution costs.

  b. **Project Health Collaboration**

Association and Company shall collaborate on Project Health (low income, urban) event(s) in conjunction with and according to the Project Power program. Association and Company shall identify content to be co-branded that may be distributed to participants at the event and the Association will help to promote Project Health through the Association website.

c. **In-Store radio promotion**
Provide the Association with one or more in-store radio promotion(s)/advertisement(s). To be created by both parties.
d. <mark>**Develop in-store co-branded partnership signage.**</mark> To be determined by both parties.

| Project Power | Year 2/ Number of Sites | Year 3/ Number of Sites |
|---|---|---|
| 1. Alabama (Mobile/Birmingham) | | |
| 2. Atlanta (Georgia) | | |
| 3. California (Fresno) | | 2 |
| 4. California (Los Angeles) | 2 | 4 |
| 5. California (Sacramento) | | 2 |
| 6. California (San Diego) | | 2 |
| 7. California (San Francisco) | | 2 |
| 8. Florida (Miami) | | 2 |
| 9. Florida (Orlando/Tallahassee) | | 2 |
| 10. Illinois (Chicago) | | 2 |
| 11. Louisiana (Baton R/NO) | 2 | 4 |
| 12. Massachusetts (Boston) | 2 | 4 |
| 13. Michigan (Detroit) | | 2 |
| 14. Mississippi (Jackson/Memphis) | 2 | 4 |
| 15. New York City | 2 | 4 |
| 16. North Carolina (Charlotte) | 2 | 4 |
| 17. Ohio (Cleveland) | 2 | 4 |
| 18. Pennsylvania (Philly) | 2 | 4 |
| 19. Rhode Island (Providence) | | |
| 20. South Carolina (Columbia/Charleston) | | |
| 21. Tennessee (Memphis/Knoxville) | | 2 |
| 22. Texas (Dallas Fort-Worth) | 2 | 4 |
| 23. Texas (Houston) | | 2 |
| 24. Washington DC | | 2 |
| 25. New Jersey | 2 | 4 |
| **Total Sites** | **20** | **62** |

**Strategy 2** – Drive people living with diabetes and prediabetes to know their numbers by taking the Diabetes Risk Test, getting health screenings, and accessing resources

**Activation**:
Company Digital Channels
- Embed the ADA-branded "Risk Test" on the Company website(s) for the term of the campaign with ADA logo inclusion.

DocuSign Envelope ID: 3761C267-C374-4544-B10F-5F94EC8A5E7D

- Use of cobranded risk test in all facets of program for digital and hard copy distribution. Multiple languages where needed.
- Develop a marketing and communication strategy for the partnership term and drive Company Employee Engagement

**Project Health (Year 2-3)** : With Project Health, offer free screenings of key health indicators such as A1C, blood pressure, and BMI. Encourage follow-up with health care provider

**Pharmacy/Front of Store and Association Collaboration**
   a.  **Co-branded Educational Materials (Year 2-3)**
Association and Company shall work together to share risk-specific educational materials for the consumer to access in the Company's store locations, such as for example: pharmacy counter, in-aisles, tear-off sheets for patients, mini brochures, wallet-sized tip cards, or posters. Company shall be responsible for all production and distribution costs.

   b.  **Project Health Collaboration (Year 2-3)**
Association and Company shall collaborate on Company's Project Health (low income, urban) event(s) in order to drive awareness of risk and utilization of education and risk-specific materials. Association and Company shall identify content to be co-branded that may be distributed to participants at the event and the Association will help to promote Project Health through the Association website.

   c.  **In-Store radio promotion (Year 1-3)**
Provide the Association with one or more in-store radio promotion(s)/advertisement(s). To be created by both parties.

**Employers and Plans:** Project Power Workplace Wellness Tool Kit (Year 2-3)
A Project Power customized educational and resource tool kit for Aetna plan manager distribution. A digital customized tool kit to include:
- Electronic health and wellness tip sheets (hard copies available)
  - Risk test (multiple languages)
  - Diabetes 101: Getting to know diabetes
- Corporate office resource kit (including but not limited to)
  - Health meeting tips
  - Healthy workplace preparedness
  - Stair posters
- Lunch and Learn series Project Power Ask the Expert Q and A bi-annual series; customized including Company and ADA experts – suggested timeline and curriculum:
  - Year one focus: prevention & prediabetes, understanding diabetes
  - Year two: nutrition, eye health
  - Year three: technology and diabetes time in range
- Corporate Communications resources
  - Content for newsletters.  2 articles per quarter to share in newsletters.

DocuSign Envelope ID: 3761C267-C374-4544-B10F-5F94EC8A5E7D

- Food Hub Recipes - 2 new recipes per quarter.
- Healthy living videos
- Employee Engagement Opportunities
  - Project Power participation – unique company activations during the Project Power 8-week campaign and the month of November (American Diabetes Month)
- Workplace giving - Pin pad considerations and year-end giving connections/ADA information shared /consider us for year-end giving etc.
- Enrollment in Project Power full program (where available)

**Strategy 3 –** Fund research on health disparities that drive the diabetes epidemic

Our research investments focus on sparking the next big discovery through innovative, high-impact projects that encourage scientists to take calculated risks that can yield high rewards. We maximize our limited research dollars by allocating our funds through our targeted research program which is vetted through our rigorous expert peer-review process performed by leading diabetes scientists. The targeted research program allows ADA supporters to specify areas of interest for investment that align with ADA's expert assessment of high-needs, emerging areas relevant to advancing diabetes science and care.

The current health pandemic and its disproportionate toll on minority, low-income, and historically underserved Americans shines a troubling light on historic, systemic inequities in American health care. At the same time, there is a significant gap in scientific knowledge regarding the health disparities that fuel this crisis.

The ADA and Company will fund research addressing this unmet need and drive discovery that will lead to the future elimination of these disparities and the devasting impact on our communities.

**Integrated Marketing and Communications (Year 1-3):**

Company will be recognized as the Project Power Strategic Partner for the term of this agreement. An integrated marketing campaign will be developed and delivered for 4 weeks each year recognizing Company's support. Activations will be mutually agreed upon and reviewed for impact and assessed annually.

In addition to the 4-week integrated Project Power Campaign, Company will be engaged in the following ways:

**American Diabetes Month® (Year 2-3)**
During the month of November for the term of our relationship, Company will be positioned as the Project Power Strategic Partner. Company logo will be included on ADA campaign webpage, toolkit materials and communications. Recognition elements shall include:
- Premier positioning as the national Project Power Strategic Partner
- Inclusion of Company logo in campaign materials (that may include collateral, PSA videos and web banners) and social media
- Inclusion of Company in press release announcing the campaign
- Inclusion on ADA website
- Rights to promote the Project Power Strategic Partnership

American Diabetes Association Project Power_022021

- Retail/ Pin Pad campaign

Company shall have the right to use the ADA name and logo and/or campaign name or hashtag to promote that it is the Project Power Strategic Partner of American Diabetes Month, including in advertising and promotional materials.

**Giving Tuesday** (Year 1-3)

Our Giving Tuesday generosity movement features five e-mails over the course of one week, a lightbox on the homepage, paid advertising (Google, Bing, Facebook), social posts (national and local), and either a dedicated donation form or an altering of our main form. We feature a match opportunity containing the Company logo and additional recognition of the Project Power Strategic Partnership across all channels. The match goal is typically $100,000. Each e-mail is sent to a group of, approximately, 1,000,000 people.

**End of Year Giving (Year 1-3)**

Our EOY campaign typically runs just after Christmas through 12/31. It's a similar structure to Giving Tuesday and features approximately six e-mails over the course of one week, a lightbox on the homepage, paid advertising (Google, Bing, Facebook), social posts (national and local), and either a dedicated donation form or an altering of our main form. We feature a match opportunity which would contain Company logo and additional recognition of the Project Power Strategic Partnership across all channels. The match goal is typically $300,000. Each e-mail is sent to a group of, approximately, 1,000,000 people.

**Local Activation (Year 2-3)**

$500,000 of this investment will be allocated to Local Activation in the PODs of the ADA and managed by the National Relationship Managers of the American Diabetes Association.

**Use of Association Content**

Company receives the opportunity to use Association diabetes-related, consumer content for the purpose of developing branded materials in support of the Project Power Strategic Partnership.

All Association content shall remain the property of the Association and all Company content shall remain the property of Company. The parties shall mutually agree on the content, use and distribution of co-branded pieces. Further, all co-branded materials developed as part of this sponsorship shall be exclusive to the sponsorship for the Term and subject to advance review and approval by the Parties. Upon conclusion of the Term, neither party shall use the co-branded materials without the written approval of the other party.

**Company Engagement in Support of ADA**

Company agrees to work collaboratively with the ADA to identify in-kind public relations and promotional opportunities to support its Project Power Strategic Partnership which may include, but is not limited to the following benefits:

- Develop Company press release announcing relationship. ADA shall provide appropriate quote.

DocuSign Envelope ID: 3761C267-C374-4544-B10F-5F94EC8A5E7D

- Develop social media posts, typically 2x in each 12-month period during the Terms including a call to action to engage with Company social media about diabetes
- Company shall post a total of 12 social media posts during the Term, where the focus will center on the Project Power campaign with any other agreed upon content and provide a link to ADA and Company channels. Association shall engage with posts as deemed appropriate. A schedule determining the dates and social media activity shall be mutually agreed to by the parties.
- Create awareness of the relationship by featuring the Project Power logo, along with a call-to-action directing consumers to Company digital hub/Company diabetes web page that includes an opportunity to promote Project Power campaign activities

Encouraging employees and customers to participate in the Project Power Campaign, in various activations including but not limited to *American Diabetes Month, Giving Tuesday, Project Power Events, and the Diabetes Risk Test*

**Data Collection and Evaluation**
1. Reach and engagement
   a. ADA marketing and engagement team to track engagement with digital resources and email campaigns deployed
   b. ADA IT&S team to capture ADA Risk Test metrics for the number of people who take the ADA Risk Test
   c. Project Health data to be collected by Company to track the number of people who participate in health screening, number of employees trained, and resources distributed in-store/at the pharmacy
   d. Project Power members to capture metrics on number of participants who enroll and complete the program
2. Impact
   a. ADA program evaluation team to disseminate pre/post surveys to engaged participants to assess impact on resource awareness and follow-up with health care providers upon receiving Risk Test and health screening results
      i. Work with select sites to conduct in-depth pilot testing to assess for health screening impact
   b. Project Power pre/post surveys to assess change in awareness, behaviors, and intentions among participants to assess impact on health and wellness
3. Satisfaction
   a. Surveys to be distributed to health screening attendees, Project Power participants, and researchers to assess for satisfaction and gauge areas for programmatic enhancements

**Project Governance:** As the Project Power Strategic Partner, Company will be able to work with the ADA to operationalize elements of the strategies above. ADA will:
- Kick off the program with a joint working session to align on targets and baseline metrics
- Assign a Program Director to lead the execution of Statement of Work

DocuSign Envelope ID: 3761C267-C374-4544-B10F-5F94EC8A5E7D

- Produce quarterly reports on project metrics and results
- Produce annual reports on project metrics and results
- Meet with Company project leadership quarterly to review results, address opportunities, and review future plans
- Meet with Company executive leadership annually to review relationship, results, and opportunities

## Exclusivity and Positioning

The Exclusivity Period shall commence as of the Effective Date and will continue until the earlier of expiration of the term or termination of the Agreement. During the Exclusivity Period, Company will be designated as the exclusive sponsor of the Project Power Campaign in the national retail pharmacy category (by way of example, "national retail pharmacy" includes pharmacies such as Rite Aid, Walgreens, Fred's, Kroger and Walmart, but is not intended to include small regional chains or local, smaller independent pharmacies), meaning that ADA (including its local affiliate offices) will not enter into a sponsor agreement of the Project Power Campaign, with another company in this category without Company's prior written consent. The foregoing shall not apply to pre-existing, current and enforceable agreements as identified by ADA and reported to Company in writing prior to the Effective Date.

## Sponsorship Fee & Payment

Company will offer opportunities to its customers to make a donation to the ADA. Company commits to raise for the ADA a minimum of $10,000,000 for the Term of this Agreement. The Company agrees to make annual payments of funds raised during each calendar year of this Agreement by December 31, beginning in 2021, as set forth below.

In the event the total funds raised through in-store fundraising and cause marketing and donated to the ADA from the Effective Date through December 31, 2023 total less than $10,000,000, Company agrees to either (i) donate funds to the ADA equal to the difference in the funds donated and $10,000,000, or (ii) Company may, in its sole discretion, elect to conduct additional consumer campaigns prior to April [xx], 2024. Should a difference still remain due after the additional consumer campaigns, if any, are completed, Company agrees to donate funds to the ADA equal to the difference between the total funds donated and $10,000,000. Any amounts raised over $10,000,000 minimum will be donated to the ADA as well.

**Payment Due: December 31, 2021**: Funds raised during 2021 consumer campaign
**Payment Due: December 31, 2022:** Funds raised during 2022 consumer campaign
**Payment Due: December 31**, **2023:** Funds raised during 2023 consumer campaign.
**Final Payment Due:** April 30, 2024: Funds raised from any additional consumer campaigns plus, in the event that the total funds raised is less than $10,000,000, an amount equal to the difference between the total funds raised and $10,000,000.

American Diabetes Association Project Power_022021

# Attachment B

## Use of ADA Marks

**Use of the ADA Marks**

Any use of the ADA Marks requires the review and written approval of the ADA as set forth in this Agreement and outlined in Attachment A: <u>Use of Intellectual Property</u>. Any modification to taglines or to the "lock-up" imagery, except with respect to sizing, shall also require review and written approval by the ADA to ensure that with any modification, there is prominent proximity between the brands.

Use the Marks as illustrated below without any modification.

**ADA MARKS**

ADA Marks shall be delivered within 14 days upon completion of a the fully executed Agreement

**A Proud Supporter of**



**A Project Power Strategic Partner of**



**COMPANY MARKS**







DocuSign Envelope ID: 862103E6-734F-46AA-B25A-5D1865BB5BFD

# Amendment to Corporate Sponsorship Agreement

This Amendment, dated as of October 28, 2021 (the "Amendment Effective Date") amends the Corporate Sponsorship Agreement effective April 13, 2021 (the "Agreement") between the American Diabetes Association, an Ohio non-profit corporation with its principal office located at 2451 Crystal Drive, Suite 900, Arlington, VA 22202 ("ADA") and CVS Pharmacy, Inc., a Rhode Island corporation, located at One CVS Drive, Woonsocket, Rhode Island 02895 ("Company"). ADA and Company are sometimes individually referred to herein as the "Party" and collectively as the "Parties." Capitalized terms used but not otherwise defined herein shall have the respective meanings set forth in the Agreement.

WHEREAS, the Parties seek to modify the Agreement to clarify that the Company may direct any funds raised in excess of $10,000,000 in the three-year period to support other initiatives at the Company's discretion, so long as such other initiatives advance the ADA's mission; and

WHEREAS, pursuant to Section 24 of the Agreement, the Parties to the Agreement wish to make an amendment to the Agreement and have agreed to consent to such amendment to the Agreement, subject to the terms and conditions set forth herein.

NOW, THEREFORE, in consideration of the foregoing and other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the Parties hereto agree as follows:

1. **Amendment.** Effective as of the Amendment Effective Date, Attachment A to the Agreement is hereby amended to include the following paragraph after the second paragraph of the section entitled "Sponsorship Fee & Payment":

"The Company may direct any funds raised in excess of $10,000,000 over the Term of the Agreement to support other initiatives at the Company's discretion, so long as such other initiatives advance the ADA's mission. Such direction shall be provided in writing by the Company to the ADA and shall be subject to the approval of the ADA, such approval not to be unreasonably withheld."

2. **Integration.** The Agreement, as amended by this Amendment, constitutes the entire agreement between the Parties hereto relating to the subject matter hereof and supersedes all prior and contemporaneous agreements, understandings, negotiations and discussions, whether oral or written, of the Parties, and there are no general or specific warranties, representations or other agreements by or among the Parties in connection with the entering into of the Agreement or the subject matter hereof except as specifically set forth or contemplated herein.

3. **Governing Law.** This Agreement is subject to and shall be construed in accordance with the laws of the Commonwealth of Virginia and jurisdiction and venue shall be solely in the federal and state courts situated in the City of Alexandria or Arlington County. If any terms of this Agreement are invalid or unenforceable under any statute, regulation, ordinance, executive order or other rule or law, such term shall be deemed reformed or deleted only to the extent necessary to comply with such statute, regulation, ordinance order or rule, and the remaining provisions of this Agreement shall remain in full force and effect.

4. **Execution in Counterparts.** This Amendment may be executed by the Parties in any number of counterparts, and by each of the Parties in separate counterparts, each of which counterparts, when

so executed and delivered, shall be deemed to be an original, but all such counterparts shall together constitute but one and the same instrument. Delivery of an executed counterpart of a signature page of this Amendment in Portable Document Format (PDF) or by facsimile transmission shall be as effective as delivery of a manually executed original counterpart of this Amendment. Counterparts may be delivered via facsimile, electronic mail (including any electronic signature covered by the U.S. federal ESIGN Act of 2000, Uniform Electronic Transactions Act, the Electronic Signatures and Records Act or other applicable law, e.g., www.docusign.com) or other transmission method and any counterpart so delivered shall be deemed to have been duly and validly delivered and be valid and effective for all purposes.

Except as expressly set forth herein, this Amendment shall not alter, modify, amend or in any way affect the terms, conditions, obligations, covenants or agreements contained in the Agreement, all of which are ratified and affirmed in all respects and shall continue in full force and effect.

The parties hereto have executed this Amendment effective as of the date first written above.

**AMERICAN DIABETES ASSOCIATION**          **CVS PHARMACY, INC.**

| By: _Charles D. Henderson Jr._ (DocuSigned by, 8218D85A496D4A6...) | By: _Eileen Boone_ (DocuSigned by, 661285B1AFDC4EB...) |
|---|---|
| Name:<br>**Charles Henderson** | Name:<br>**Eileen Howard Boone** |
| Title:<br>**Chief Development Officer** | Title:<br>**SVP, Corporate Social Responsibility & Philanthropy** |
| Date:<br>10/28/2021 | Date:<br>10/28/2021 |
| By: _Charlotte M. Carter_ (DocuSigned by, C1148642B39446E...) | |
| Name:<br>**Charlotte M. Carter** | |
| Title:<br>**Chief Financial Officer** | |
| Date:<br>10/28/2021 | |