UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
KEVIN McCABE,

        Plaintiff,                               JUDGMENT

        v.                                    22-CV-3116 (RPK) (RML)

CVS HEALTH CORPORATION and
CVS PHARMACY, INC.,

        Defendants.
------------------------------------------------------------ X

        A Memorandum and Order of Honorable Rachel P. Kovner, United States District Judge, having been filed on September 29, 2023, granting defendants' motion to dismiss; and dismissing the Amended Complaint with prejudice; it is

        ORDERED and ADJUDGED that defendants' motion to dismiss is granted; and that the Amended Complaint is dismissed with prejudice.

Dated: Brooklyn, NY                                                    Brenna B. Mahoney
       October 3, 2023                                                 Clerk of Court

                                                                             By: */s/Jalitza Poveda*
                                                                                    Deputy Clerk